# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IVY JAMILAH FORD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED WHOLESALE ) <br> MORTGAGE, ) <br> ) <br> Defendant. ) <br> _____) | N.D. of Ga. Case No. <br><br> _____ |

## NOTICE OF REMOVAL

Defendant United Wholesale Mortgage, LLC ("UWM") files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support of this Notice, UWM shows this honorable Court as follows:

### Procedural Background and Prerequisites

1.  Plaintiff Ivy Jamilah Ford ("Plaintiff") commenced a civil action by filing a Statement of Claim (the "Complaint") against UWM on or about October 31, 2025, in the Gwinnett County Magistrate Court, State of Georgia, Case No. 25M51753 (the "State Court Action").

2.  This Notice of Removal is timely under 28 U.S.C. § 1446(b) because Plaintiff purports to have served UWM with the Complaint on November 5, 2025, and UWM is filing this Notice of Removal within the thirty-day deadline following service.

1010-014A                                                          1

3.      There are no other defendants.

4.      Pursuant to 28 U.S.C. § 1446, attached hereto as **Exhibit A** are copies of all documents filed to date in the State Court Action.

5.      A removal notice and a copy of the instant Notice of Removal shall be filed with the Clerk of the Gwinnett County Magistrate Court, and shall be served on Plaintiff. A true and correct copy of the removal notice that will be filed with the Clerk of the Gwinnett County Magistrate Court is attached hereto as **Exhibit B**.

6.      Removal to this Court is proper pursuant to 28 U.S.C. §§ 1441 and 1446 because the State Court Action currently is pending in this Judicial District.

## Federal Question

7.      Removal of this action is proper under 28 U.S.C. § 1331 because Plaintiff's Complaint constitutes an action arising under the Constitution and the law of the United States.

8.      Specifically, Plaintiff's claim, that UWM failed to correct its alleged servicing error of not properly applying payments made under a repayment plan to her mortgage loan account, is governed by 12 U.S.C. § 2605 of the Real Estate Settlement Procedures Act ("RESPA") and its implementing regulation, Regulation X, 12 C.F.R. § 1024.35. As such, this Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331, and removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441.

9. UWM reserves all defenses, including specifically those defenses of service, venue, the right to compel arbitration pursuant to any contract between the parties, and both subject matter and personal jurisdiction, and will answer or present these or any other applicable defenses within the time permitted by Federal Rule of Civil Procedure 81(c).

WHEREFORE, for the foregoing reasons, this Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1331, and removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441. UWM respectfully requests that this action proceed in this Court.

Respectfully submitted this 5th day of December, 2025.

**ALDRIDGE PITE, LLP**

*/s/ Emilie O. Denmark*
Emilie O. Denmark
Georgia Bar No. 185110
*Counsel for Defendant United Warehouse Mortgage, LLC*

Six Piedmont Center
3525 Piedmont Rd., N.E.
Suite 700
Atlanta, Georgia 30305
edenmark@aldridgepite.com
404-994-7370

1010-014A                    3

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that the foregoing was prepared using one of the font and point selections approved by this Court in Local Rule 5.1(C). Specifically, Times New Roman font was used in 14 point.

*/s/ Emilie O. Denmark*
Emilie O. Denmark
Georgia Bar No. 185110

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing NOTICE OF REMOVAL in the United States District Court for the Northern District of Georgia using the CM/ECF system, and have served a copy on the below by depositing it in the U.S. mail, postage prepaid, and by email addressed to the following:

Ivy Jamilah Ford
718 Stephenson Ridge
Stone Mountain, GA 30087
ivyford86@gmail.com

This 5th day of December, 2025.

*/s/ Emilie O. Denmark*
Emilie O. Denmark
Georgia Bar No. 185110