# EXHIBIT "A"

IN THE MAGISTRATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

Ivy Jamilah Ford
Plaintiff(s)

Civil Action File No.: 25MS1753

v.

United Wholesale Mortgage
Defendant(s)

## NOTICE AND SUMMONS
*This pleading must be served with the Statement of Claim.*
**PLEASE READ**

**TO ALL DEFENDANT(S):** You are hereby notified that the Plaintiff(s) is/are requesting a judgment against you. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER TO THIS CLAIM WITHIN 30 DAYS AFTER THE DATE OF SERVICE. (Answer forms can be obtained from www.gwinnettcourts.com under the Magistrate Court tab or from the Clerk's office.) Your answer must be RECEIVED by the Clerk within 30 days of service. If you do not think your answer will arrive before the 30-day deadline, you may file your answer in person at the Magistrate Court Clerk's office during normal business hours or electronically using eFileGA (www.odysseyefilega.com, under the "File Now!" tab).

IF YOU DO NOT FILE AN ANSWER, A *JUDGMENT BY DEFAULT* WILL BE ENTERED AGAINST YOU. This means you will not be able to challenge the claims set forth in the Statement of Claim and the Court can only consider the amount of damages (if any) to award. Your answer must either be filed in writing, or it may be given orally to the Judge on Duty. If you choose to file your answer orally, you must do so in person, at the Magistrate Court, and within the 30-day answer period. TELEPHONE or EMAILED ANSWERS ARE **NOT** PERMITTED. If you have a claim against the Plaintiff(s), you may file a counterclaim along with your answer. If you admit the claims stated in the Statement of Claim, but need additional time to pay, you must come to the hearing in person and tell the Court your financial circumstances. Magistrate Court permits payment plans to satisfy money judgments and you may request a payment plan from the Judge.

A hearing on this claim will be scheduled after the 30-day answer period has expired. All hearings will take place at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA 30046. You may come to Court with or without an attorney. If you have any witnesses, documents, or other evidence, you must bring them with you to your hearing. If you want any witnesses or documents subpoenaed, you must see one of the Magistrate Court Clerks for assistance.

For additional information, please consult a licensed attorney or go to www.gwinnettcourts.com under the Magistrate Court tab.

This 31 day of October, 2025.

_____
Magistrate or Deputy Clerk of Court

| | |
|---|---|
| IVY Jamilah Ford<br>[Plaintiff's Name(s)]<br>1118 Stephenson Ridge<br>[Street Address]<br>Stone Mountain, GA 30087<br>[City, State, Zip Code]<br>850-950-5968<br>[Phone Number]<br>ivyford86@gmail.com<br>[Email Address] | **MAGISTRATE COURT OF GWINNETT COUNTY**<br>**STATE OF GEORGIA**<br>_llck_<br><br>**STATEMENT OF CLAIM**<br><br>CASE NO. **25MS1753** |
| vs. | |
| United Wholesale Mortgage<br>[Defendant's Name(s)]<br>P.O. Box 77404<br>[Street Address]<br>Ewing, NJ 08628<br>[City, State, Zip Code]<br>855-753-6201<br>[Phone Number]<br>UWM@loanadministration.com<br>[Email Address] | **INFO & FORMS ON THE INTERNET**<br>http://www.gwinnettcourts.com<br><br>*Court notices will be sent via U.S. Mail and E-mail.<br><br>**IMPORTANT:** If you are using EFILE GA to file any pleadings, PLEASE ADD "EFILEGA" TO YOUR CONTACTS. Call us at 770.822.8080 if you have any questions. |

1. The Court has jurisdiction over the Defendant(s) because:
   [✓] the Defendant(s) is a resident of Gwinnett County;
   [ ] Other (please specify):

2. Plaintiff(s) must write a brief statement explaining the basis for each claim against the Defendant(s). Plaintiff claims that the Defendant(s) is/are indebted to the Plaintiff(s) for the following reasons [attach separate sheet(s) as needed]:
   This claim is regarding United Wholesale Mortgage not applying paid funds into my account. I paid into a repayment agreement for six months. All payments were paid successfully. After the sixth payment, this company, United Wholesale Mortgage, refuses to update my account and my total account balance.

3. Plaintiff(s) is/are seeking the following amounts from Defendant(s):
   $ 2,366.44  Principal
   $ 12,633.56  Interest
   $ $118.00  Court Costs
   $ _____ Attorney's Fees (only for represented case)

State of Georgia, Gwinnett County:

Ivy Jamilah Ford being duly sworn on oath says the foregoing is a just and true statement the amount owing by defendant(s) to plaintiff(s), exclusive of all setoffs and just grounds of defense.

Sworn and subscribed before me this
31 day of October 20 25

_J Rodriguez_
Notary Public/Attesting Official

Plaintiff(s) or Agent for Plaintiff(s)

(If Agent for Plaintiff, List Title or Capacity)

[Filed stamp: TIANA P. GARNER, CLERK MAGISTRATE COURT, GWINNETT COUNTY, 2025 OCT 31 PM]